IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ETOPIA EVANS, ET AL.,

    Plaintiffs,

  v.

ARIZONA CARDINALS FOOTBALL CLUB, ET AL.,

    Defendants.

No. C 16-01030 WHA

**ORDER DENYING PRO HAC VICE APPLICATION OF ATTORNEY BENJAMIN BLOCK**

The pro hac vice application of Attorney Benjamin Block (Dkt. No. 42) is **DENIED** for failing to comply with Civil Local Rule 11-3. The local rule requires that an applicant certify that "he or she is an active member in good standing of the bar of a United States Court or of the highest court of another State or the District of Columbia, *specifying such bar*" (emphasis added). Filling out the pro hac vice form from the district court website such that it only identifies the state of bar membership — such as "the bar of Texas" — is inadequate under the local rule because it fails to identify a specific court (such as the Supreme Court of Texas). While the application fee does not need to be paid again, the application cannot be processed until a corrected form is submitted.

**IT IS SO ORDERED.**

Dated: March 29, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE