Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Etopia Evans, et al.

Plaintiff(s),

v.

Arizona Cardinals Football Club, et al.

Defendant(s).

Case No: 3:16-cv-01030

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Benjamin C. Block, an active member in good standing of the bar of D.C. Court of Appeals, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendants in the above-entitled action. My local co-counsel in this case is Rebecca A. Jacobs, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| Covington & Burling LLP; One CityCenter, 850 Tenth St., NW; Washington, DC 20001-4956 | Covington & Burling LLP; One Front Street; San Francisco, CA 94111-5356 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (202) 662-5205 | (415) 591-7036 |
| My email address of record: | Local co-counsel's email address of record: |
| bblock@cov.com | rjacobs@cov.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 479705.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 03/29/16

Benjamin C. Block
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Benjamin C. Block is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 29, 2016.

UNITED STATES DISTRICT/MAGISTRATE JUDGE