Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETOPIA EVANS, et al., <br><br>   Plaintiff(s), <br><br>   v. <br><br> ARIZONA CARDINALS, et al., <br><br>   Defendant(s). | Case No: 3:16-cv-01030 <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br>(CIVIL LOCAL RULE 11-3) |

   I, MARK J. DEARMAN, an active member in good standing of the bar of Southern District of Florida, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Etopia Evans, Plaintiff in the above-entitled action. My local co-counsel in this case is Mel T. Owens [SBN 226146], an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: <br> 120 E. Palmetto Park Road, Suite 500 <br> Boca Raton, FL  33432 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: <br> 2 South Pointe Drive, Suite 245 <br> Lake Forest, CA 92630 |
|---|---|
| MY TELEPHONE # OF RECORD: <br> (561) 750-3000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: <br> (949) 452-0700 |
| MY EMAIL ADDRESS OF RECORD: <br> mdearman@rgrdlaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: <br> mownes@nbolaw.com |

   I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0982407.

   A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

   *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 04/19/16

MARK J. DEARMAN
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

   IT IS HEREBY ORDERED THAT the application of MARK J. DEARMAN is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 25, 2016.

UNITED STATES DISTRICT/MAGISTRATE JUDGE