IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EVANS ET AL,

    Plaintiff,

v.

ARIZONA CARDINALS FOOTBALL CLUB LLC ET AL,

    Defendant.

No. C 16-01030 WHA

**ORDER DENYING PRO HAC VICE APPLICATION**

The pro hac vice applications of Steven Silverman and Phillip James Closius are **DENIED** for failing to comply with Civil Local Rule 11–3. The local rule requires that an applicant certify that "he or she is an active member in good standing of the bar of a United States Court or of the highest court of another State or the District of Columbia, *specifying such bar*" (emphasis added). Filling out the pro hac vice form from the district court website such that it only identifies the state of bar membership — such as "the bar of Texas" — is inadequate under the local rule because it fails to identify a specific court (such as the Supreme Court of Texas). While the application fees do not need to be paid again, the applications cannot be processed until corrected forms are submitted.

**IT IS SO ORDERED.**

Dated: May 24, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE