Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

ETOPIA EVANS, et al.,                )
                                     )  Case No: 3:16-cv-01030
                     Plaintiff(s),   )
                                     )  **APPLICATION FOR**
            v.                       )  **ADMISSION OF ATTORNEY**
                                     )  **PRO HAC VICE**
ARIZONA CARDINALS, et al.,           )  (CIVIL LOCAL RULE 11-3)
                                     )
                     Defendant(s).   )

I, ALEXANDER WILLIAMS , an active member in good standing of the bar of Maryland , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Etopia Evans, Plaintiff in the above-entitled action. My local co-counsel in this case is Mel T. Owens [SBN 226146] , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 201 N. Charles Street, Suite 2600, Baltimore, MD 21201 | 2 South Pointe Drive, Suite 245 Lake Forest, CA 92630 |
| MY TELEPHONE # OF RECORD: (410) 385-2225 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (949) 452-0700 |
| MY EMAIL ADDRESS OF RECORD: awilliams@mdattorney.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: mownes@nbolaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 01767 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 05/11/16                               ALEXANDER WILLIAMS                ✚
                                              APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of ALEXANDER WILLIAMS is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                    *October 2012*



# Certificate of Good Standing

## UNITED STATES DISTRICT COURT

## DISTRICT OF MARYLAND

 

I, Felicia C. Cannon, Clerk of the United States District Court for the District of

Maryland, certify that Alexander Williams, Bar No. 01767, was duly admitted to

practice in this Court on 4/26/1974, and is in good standing as a member of

the Bar of this Court.

Clerk of Court

Date: <u>4/29/2016</u>

<u>Sierra Dennison</u>
Deputy Clerk

*This Certificate is valid for 90 days from the date issued.*

I hereby attest and certify on ___5/11/16___
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my
legal custody.

FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

By_____ Deputy