IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETOPIA EVANS, *et al.*, | No. C 16-01030 WHA |
| Plaintiffs, | |
| v. | **ORDER RE HEARING ON RENOTICED MOTION TO DISMISS** |
| ARIZONA CARDINALS FOOTBALL CLUB LLC, *et al.*, | |
| Defendants. | |

On May 16, 2016, defendants renoticed their motion to dismiss but failed to properly set a hearing on ECF. The hearing shall take place on **JUNE 9, 2016** at **8:00 AM**.

**IT IS SO ORDERED.**

Dated: May 25, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE