IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETOPIA EVANS, *et al.*, | No. C 16-01030 WHA |
| Plaintiffs, | |
| v. | **NOTICE RE OPPORTUNITIES FOR YOUNG ATTORNEYS** |
| ARIZONA CARDINALS FOOTBALL CLUB LLC, *et al.*, | |
| Defendants. | |

    Counsel will please keep in mind the need to provide arguments and courtroom experience to the next generation of practitioners. The Court will particularly welcome any lawyer with four or fewer years of experience to argue the upcoming motion to dismiss.

Dated: June 1, 2016.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE