Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

ETOPIA EVANS, et al.

          Plaintiff(s),

v.

ARIZONA CARDINALS, et al.,

          Defendant(s).

Case No: 3:16-cv-01030

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

   I, ALEXANDER WILLIAMS, an active member in good standing of the bar of Maryland Court of Appeals, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Etopia Evans, Plaintiff in the above-entitled action. My local co-counsel in this case is Mel T. Owens [SBN 226146], an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 201 N. Charles Street, Suite 2600<br>Baltimore, MD 21201 | 2 South Pointe Drive, Suite 245<br>Lake Forest, CA 92630 |
| MY TELEPHONE # OF RECORD:<br>(410) 385-2225 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(949) 452-0700 |
| MY EMAIL ADDRESS OF RECORD:<br>ssilverman@mdattorney.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>mowens@nbolaw.com |

   I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 01767.

   A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

   *I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 05/26/16

                              ALEXANDER WILLIAMS
                                   APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

   IT IS HEREBY ORDERED THAT the application of ALEXANDER WILLIAMS is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 3, 2016.

                              UNITED STATES DISTRICT/MAGISTRATE JUDGE