IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ETOPIA EVANS, *et al.*,

    Plaintiffs,

  v.

ARIZONA CARDINALS FOOTBALL CLUB LLC, *et al.*,

    Defendants.

No. C 16-01030 WHA

**NOTICE REGARDING HEARING ON MOTION TO DISMISS**

At the motion to dismiss hearing on June 9, 2016, the parties should be prepared to address the following issues: (1) whether the law of the Ninth Circuit or the law of the Fourth Circuit will govern the issue of preemption under Section 301; (2) whether other choice-of-law issues exist in light of the transfer; (3) whether there have been any significant developments in the case law regarding preemption under Section 301 since *Dent v. National Football League*, No. C 14-02324 WHA, 2014 WL 7205048 (N.D. Cal. Dec. 17, 2014); and (4) how the facts and claims of the instant case are different than those in *Dent*.

**IT IS SO ORDERED.**

Dated: June 7, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE