Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

ETOPIA EVANS, et al.,

                    Plaintiff(s),

          v.

ARIZONA CARDINALS, et al.,

                    Defendant(s).

Case No: 3:16-cv-01030

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

     I, JANINE D. ARNO , an active member in good standing of the bar of Southern District of Florida , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Etopia Evans, Plaintiff in the above-entitled action. My local co-counsel in this case is Mel T. Owens [SBN 226146] , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 120 E. Palmetto Park Road, Suite 500 Boca Raton, FL  33432 | 2 South Pointe Drive, Suite 245 Lake Forest, CA 92630 |
| MY TELEPHONE # OF RECORD: (561) 750-3000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (949) 452-0700 |
| MY EMAIL ADDRESS OF RECORD: jarno@rgrdlaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: mowens@nbolaw.com |

     I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 41045 .

     A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

     I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

     *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 08/08/16

                              JANINE D. ARNO
                              APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

     IT IS HEREBY ORDERED THAT the application of JANINE D. ARNO is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  August 12, 2016.

                              UNITED STATES DISTRICT/MAGISTRATE JUDGE