Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Etopia Evans, et al., )
　　　　　　　　　　　) Case No: 3:16-cv-01030
　　　　　　Plaintiff(s), )
　　　　　　　　　　　) **APPLICATION FOR**
　v.　　　　　　　　　) **ADMISSION OF ATTORNEY**
　　　　　　　　　　　) **PRO HAC VICE**
Arizona Cardinals Football Club, et al., ) (CIVIL LOCAL RULE 11-3)
　　　　　　　　　　　)
　　　　　　Defendant(s). )

I, **Daniel Nash**, an active member in good standing of the bar of **D.C. Court of Appeals**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **Defendants** in the above-entitled action. My local co-counsel in this case is **Jack DiCanio**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Akin Gump Strauss Hauer & Feld; 1333 New Hampshire Avenue NW; Washington, DC 20036 | Skadden Arps Slate Meagher & Flom; 525 University Avenue; Palo Alto, CA 94301 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 887-4067 | (650) 470-4660 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| dnash@akingump.com | jdicanio@skadden.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **375982**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/04/16　　　　　　　　　　　　　　　　　　　　Daniel Nash
　　　　　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of **Daniel Nash** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 4, 2016.

　　　　　　　　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/MAGISTRATE JUDGE