Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Etopia Evans, et al.                    )   Case No: 3:16-cv-01030
                                        )
                     Plaintiff(s),      )   APPLICATION FOR
                                        )   ADMISSION OF ATTORNEY
            v.                          )   PRO HAC VICE
                                        )   (CIVIL LOCAL RULE 11-3)
Arizona Cardinals, Football Club, et al. )
                                        )
                     Defendant(s).      )

I, Laura M. Flahive Wu_____, an active member in good standing of the bar of
D.C. Court of Appeals_____, hereby respectfully apply for admission to practice *pro hac vice* in the
Northern District of California representing: Defendants_____ in the
above-entitled action. My local co-counsel in this case is Sonya D. Winner_____, an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Covington & Burling LLP; One CityCenter, 850 Tenth St., NW; Washington, DC 20001-4956 | Covington & Burling LLP; One Front St.; San Francisco, CA 94111-5356 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 662-5982 | (415) 591-7072 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| lflahivewu@cov.com | swinner@cov.com |

I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 1024612____.

A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/11/16                                    /s/ Laura M. Flahive Wu
                                                      APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Laura M. Flahive Wu_____ is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.

Dated: October 19, 2016.

                                        _____
                                        UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                            *October 2012*