# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Etopia Evans, et al.

           Plaintiff(s),

    v.

Arizona Cardinals, Football Club, et al.

           Defendant(s).

Case No: 3:16-cv-01030

**APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, /s/ Derek Ludwin , an active member in good standing of the bar of D.C. Court of Appeals , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendants in the above-entitled action. My local co-counsel in this case is Sonya D. Winner , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Covington & Burling LLP; One CityCenter, 850 Tenth St., NW; Washington, DC 20001-4956 | Covington & Burling LLP; One Front St.; San Francisco, CA 94111-5356 |
| MY TELEPHONE # OF RECORD: (202) 662-5429 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (415) 591-7072 |
| MY EMAIL ADDRESS OF RECORD: dludwin@cov.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: swinner@cov.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 474262 .

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/03/16

                      /s/ Derek Ludwin
                         APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

    IT IS HEREBY ORDERED THAT the application of /s/ Derek Ludwin is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 3, 2016.

                      UNITED STATES DISTRICT/MAGISTRATE JUDGE