UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Etopia Evans, et al.<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>Arizona Cardinals Football Club, et al.<br><br>　　　　　Defendant(s). | Case No: 3:16-cv-01030<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>CIVIL LOCAL RULE 11-3) |

　　I, <u>Brian W. Castello</u>, an active member in good standing of the bar of <u>D.C. Court of Appeals</u>, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: <u>Defendants</u> in the above-entitled action. My local co-counsel in this case is <u>Sonya D. Winner</u>, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Covington & Burling LLP; One CityCenter, 850 Tenth St., NW; Washington, DC 20001-4956 | Covington & Burling LLP; One Front Street; San Francisco, CA 94111-5356 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 662-5130 | (415) 591-7072 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| bcastello@cov.com | swinner@cov.com |

　　I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: <u>1029755</u>.

　　A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

　　I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

　　*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/07/16

　　　　　　　　　　　　　　　　　　　　　/s/　Brian W. Castello
　　　　　　　　　　　　　　　　　　　　　　　　　APPLICANT

---

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Brian W. Castello is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:　November 7, 2016.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT/MAGISTRATE JUDGE