IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETOPIA EVANS, *et al.*, | No. C 16-01030 WHA |
| Plaintiffs, | |
| v. | **ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT** |
| ARIZONA CARDINALS FOOTBALL CLUB, LLC, *et al.*, | |
| Defendants. | |

Plaintiffs seek leave to file an amended complaint to add RICO and concealment claims, modify the class definition, and add and remove plaintiffs (Dkt. No. 112 at 1–2).  Defendants do not oppose the amendment (Dkt. No. 121).  Leave is **GRANTED** for plaintiffs to file their first amended complaint by **NOVEMBER 30**.  Defendants shall file their response by **DECEMBER 14**.

Plaintiffs' motion for leave to file an amended complaint is currently set for hearing on December 8, with an upcoming briefing deadline on November 21.  Both dates are **VACATED**.

**IT IS SO ORDERED.**

Dated:  November 16, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE