IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETOPIA EVANS, *et al.*, | No. C 16-01030 WHA |
| Plaintiffs, | |
| v. | **ORDER RE MOTION FOR EXTENSION OF DEADLINES** |
| ARIZONA CARDINALS FOOTBALL CLUB, LLC, *et al.*, | |
| Defendants. | |

The Court is in receipt of plaintiffs' motion to extend multiple deadlines (Dkt. No. 123). The deadline for plaintiffs to file their class certification motion, to be heard on a 49-day briefing schedule, is continued from January 12, 2017, to **FEBRUARY 23, 2017**. All other deadlines shall remain as scheduled.

**IT IS SO ORDERED.**

Dated: November 16, 2016.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE