1

2

3

4

5

6                                IN THE UNITED STATES DISTRICT COURT

7

8                                FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10    ETOPIA EVANS, *et al.*,                              No. C 16-01030 WHA

11              Plaintiffs,

12         v.                                              **ORDER RE DEFENDANTS'**
                                                           **FIRST DISCOVERY DISPUTE**
13    ARIZONA CARDINALS FOOTBALL
      CLUB, LLC, *et al.*,
14
                 Defendants.
15    _____/

16

17         This dispute arises from plaintiffs' demand to depose Jerry Jones and James Irsay,

18    owners of the Dallas Cowboys and Indianapolis Colts teams, respectively (Dkt. No. 115).  This

19    order follows briefing and oral argument.  Plaintiffs may depose Mr. Jones for seven hours on

20    one day.  The deposition, however, must be scheduled for a date within two weeks after the

21    Cowboys' current season ends.  The record does not justify deposing Mr. Irsay.

22

23         **IT IS SO ORDERED.**

24

25    Dated:  November 28, 2016.
                                                    _____
26                                                  WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE
27

28

*United States District Court*
For the Northern District of California