1

2

3

4

5

6

7                           IN THE UNITED STATES DISTRICT COURT

8                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

11    ETOPIA EVANS, *et al.*,

12                Plaintiffs,                          No. C 16-01030 WHA

13        v.

14    ARIZONA CARDINALS FOOTBALL                       **ORDER RE PLAINTIFFS'**
      CLUB, LLC, *et al.*,                             **FIRST DISCOVERY DISPUTE**
15

16                Defendants.
                                              /
17

18        The hearing on plaintiffs' discovery dispute (Dkt. No. 125) currently set for December 1

19    is **CANCELLED** and will be reset subject to the following:

20        Plaintiffs should give notice to each "patient" for whom prescription records are sought,

21    so as to give those with purported interests affected by plaintiffs' production request an

22    opportunity to be heard.  Plaintiffs' discovery letter should be brought as a formal motion

23    because it implicates privilege issues.  Additionally, plaintiffs are advised to first depose the

24    "patients" to develop and challenge the bases for any claims of privilege.  Plaintiffs' letter

25    request to compel production of documents from Walgreen is **DENIED** as premature.

26        The law firm of Robbins Geller Rudman & Dowd LLP has a practice of submitting

27    three-page discovery letters with massive amounts of additional paperwork attached.  In the

28    future, the firm must seek the Court's permission to file such submissions.  The Court will

**United States District Court**
For the Northern District of California

determine on a case-by-case basis if the motions are appropriate for letter briefing, or if they should be brought as formal motions to be heard on the normal 35-day track.

**IT IS SO ORDERED.**

Dated:  November 28, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California