William N. Sinclair (SBN 222502)
(bsinclair@mdattorney.com)
Steven D. Silverman (Admitted *Pro Hac Vice*)
(ssilverman@mdattorney.com)
Phillip J. Closius (Admitted *Pro Hac Vice*)
(pclosius@ mdattorney.com)
Alexander Williams (Admitted *Pro Hac Vice*)
awilliams@mdattorney.com
**SILVERMAN|THOMPSON|SLUTKIN|WHITE|LLC**
201 N. Charles Street, Suite 2600
Baltimore, MD  21201
Telephone:  (410) 385-2225
Facsimile:  (410) 547-2432

Thomas J. Byrne (SBN 179984)
(tbyrne@nbolaw.com
Mel T. Owens (SBN 226146)
(mowens@nbolaw.com)
**NAMANNY BYRNE & OWENS, P.C.**
2 South Pointe Drive, Suite 245
Lake Forest, CA  92630
Telephone:  (949) 452-0700
Facsimile:  (949) 452-0707

Stuart A. Davidson (Admitted *Pro Hac Vice*)
(sdavidson@rgrdlaw.com)
Mark J. Dearman (Admitted *Pro Hac Vice*)
(mdearman@rgrdlaw.com)
Janine D. Arno (Admitted *Pro Hac Vice*)
(jarno@rgrdlaw.com)
**ROBBINS GELLER RUDMAN
  & DOWD LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  (561) 750-3000
Facsimile:  (561) 750-3364

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ETOPIA EVANS, as the Representative of the Estate of Charles Evans, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ARIZONA CARDINALS FOOTBALL CLUB, LLC, et al., <br><br> Defendants. | Case No. 3:16-cv-01030-WHA <br><br> [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXTEND RESPONSE TIME TO DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT <br><br> Date: January 19, 2017 <br> Time: 8:00 AM <br> Dept: Courtroom 8 <br> Judge: Honorable William Alsup |

On December 16, 2016, Plaintiffs Etopia Evans, as the Representative of the Estate of Charles Evans, *et al.* filed an Unopposed Motion to Extend Response Time to Defendants' Motion to Dismiss Amended Complaint. In their Motion, Plaintiffs request an additional seven (7) days to respond to Defendants' Motion to Dismiss Plaintiffs' Amended Complaint. Defendants consent to the relief requested by Plaintiffs. After consideration of Plaintiffs' written submission and all pleadings in this matter, and for good cause shown, the Court hereby **GRANTS** Plaintiffs' Motion to Extend and orders that:

1) Plaintiffs' Response to Defendants' Motion to Dismiss Amended Complaint is due on or before January 4, 2017;

2) Defendants' Reply in Support of their Motion to Dismiss Amended Complaint is due on or before January 11, 2017; and

3) A hearing on Defendants' Motion to Dismiss Amended Complaint will be held on January 26, 2017.

**IT IS SO ORDERED.**

Dated:   December 16, 2016.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE