UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ETOPIA EVANS, et al.,

                Plaintiff(s),

   v.

ARIZONA CARDINALS, et al.,

                Defendant(s).

Case No: 3:16-cv-01030

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

    I, Jamison G. White, an active member in good standing of the bar of District of Maryland, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Etopia Evans, Plaintiff in the above-entitled action. My local co-counsel in this case is Mel T. Owens [SBN 226146], an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 201 North Charles Street, 26th Floor<br>Baltimore, MD 21201 | 2 South Pointe Drive, Suite 245<br>Lake Forest, CA 92630 |
| MY TELEPHONE # OF RECORD:<br>(410) 385-2225 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(949) 452-0700 |
| MY EMAIL ADDRESS OF RECORD:<br>jwhite@mdattorney.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>mowens@nbolaw.com |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 26505.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

    *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 01/03/17

                                                  Jamison G. White
                                                  APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

    IT IS HEREBY ORDERED THAT the application of Jamison G. White is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 3, 2017.

                                            UNITED STATES DISTRICT/MAGISTRATE JUDGE