IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ETOPIA EVANS, *et al.*,

    Plaintiffs,

  v.

ARIZONA CARDINALS FOOTBALL CLUB, LLC, *et al.*,

    Defendants.
                                   /

No. C 16-01030 WHA

**ORDER GRANTING ADMINISTRATIVE MOTION TO EXCEED PAGE LIMIT FOR OPPOSITION BRIEF**

     Plaintiffs move to exceed the 25-page limit for their opposition to defendants' motion to dismiss the amended complaint (Dkt. No. 149). Plaintiffs' unopposed motion is **GRANTED**. Their opposition brief shall not exceed **30 PAGES** in length.

     **IT IS SO ORDERED.**

Dated: January 3, 2017.

                                           WILLIAM ALSUP
                                           UNITED STATES DISTRICT JUDGE