# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Etopia Evans, et al.

    Plaintiff(s),

v.

Arizona Cardinals Football Club, et al.

    Defendant(s).

Case No: 3:16-cv-01030-WHA

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, **Jennifer A. Holmes**, an active member in good standing of the bar of **D.C. Court of Appeals**, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: **Defendants** in the above-entitled action. My local co-counsel in this case is **Sonya D. Winner**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Covington & Burling LLP; One CityCenter, 850 Tenth St., NW; Washington, DC 20001-4956 | Covington & Burling LLP; One Front St.; San Francisco, CA 94111-5356 |
| MY TELEPHONE # OF RECORD: (202) 662-5511 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (415) 591-7072 |
| MY EMAIL ADDRESS OF RECORD: jholmes@cov.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: swinner@cov.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **1018798**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 01/04/17

                         Jennifer A. Holmes
                            APPLICANT

---

### ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of **Jennifer A. Holmes** is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: January 5, 2017.

                         [signature]
                         UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                         October 2012