United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ETOPIA EVANS, *et al.*,

        Plaintiffs,

  v.

ARIZONA CARDINALS FOOTBALL
CLUB, LLC, *et al.*,

        Defendants.

                           /

No. C 16-01030 WHA

**ORDER DENYING PRO
HAC VICE APPLICATION**

     The *pro hac vice* application of Attorney Marla Axelrod (Dkt. No. 159) is **DENIED** for

failing to comply with Local Rule 11-3.  That rule requires an applicant to certify that "he or

she is an active member in good standing of the bar of a United States *Court* or of the highest

*court* of another State or the District of Columbia, *specifying such bar*" (emphasis added).

Filling out the *pro hac vice* form from the district court website such that it identifies only the

state of bar membership — *e.g.*, "the bar of District of Columbia" — is inadequate under the

rule because it fails to identify a specific court.  While the application fee does not need to be

paid again, the application cannot be processed until a corrected form is submitted.

     **IT IS SO ORDERED.**

Dated:  January 19, 2017.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE