William N. Sinclair (SBN 222502)
(bsinclair@mdattorney.com)
Steven D. Silverman (Admitted *Pro Hac Vice*)
(ssilverman@mdattorney.com)
Stephen G. Grygiel
(sgrygiel@ mdattorney.com)
Phillip J. Closius (Admitted *Pro Hac Vice*)
(pclosius@ mdattorney.com)
Alexander Williams (Admitted *Pro Hac Vice*)
awilliams@mdattorney.com
**SILVERMAN|THOMPSON|SLUTKIN|WHITE|LLC**
201 N. Charles Street, Suite 2600
Baltimore, MD 21201
Telephone: (410) 385-2225
Facsimile: (410) 547-2432

Thomas J. Byrne (SBN 179984)
(tbyrne@nbolaw.com
Mel T. Owens (SBN 226146)
(mowens@nbolaw.com)
**NAMANNY BYRNE & OWENS, P.C.**
2 South Pointe Drive, Suite 245
Lake Forest, CA 92630
Telephone: (949) 452-0700
Facsimile: (949) 452-0707

Stuart A. Davidson (Admitted *Pro Hac Vice*)
(sdavidson@rgrdlaw.com)
Mark J. Dearman (Admitted *Pro Hac Vice*)
(mdearman@rgrdlaw.com)
Janine D. Arno (Admitted *Pro Hac Vice*)
(jarno@rgrdlaw.com)
**ROBBINS GELLER RUDMAN & DOWD LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: (561) 750-3000
Facsimile: (561) 750-3364

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ETOPIA EVANS, as the Representative of the Estate of Charles Evans, et al.,<br><br>  Plaintiffs,<br><br>  vs.<br><br>ARIZONA CARDINALS FOOTBALL CLUB, LLC, et al.,<br><br>  Defendants. | Case No. 3:16-cv-01030-WHA<br><br>CONSENT MOTION FOR ADMINISTRATIVE RELIEF – TO FILE PLAINTIFFS' SECOND AMENDED COMPLAINT UNDER SEAL<br><br>Date:     March 23, 2017<br>Time:    8:00 a.m.<br>Courtroom: 8, 19th Floor<br>               Honorable William Alsup |

PLEASE TAKE NOTICE that on March 23, 2017, at 8 a.m., or as soon as possible, in the courtroom of the Hon. William Alsup, located at 450 Golden Gate Ave., San Francisco, CA 94102, Plaintiffs Etopia Evans, Robert Massey, Troy Sadowski, Chris Goode, Darryl Ashmore, Jerry Wunsch, Eric King, Alphonso Carreker, Steven Lofton, Duriel Harris, Jeffrey Graham, Cedric Killings and Reginald Walker will seek an order granting them leave to file their second amended complaint under seal.

The motion will be based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the [Proposed] Order and Declaration filed herewith, on all of the files and records of this action, and on any additional material that may be elicited at the hearing on this Motion, should one occur.

## MEMORANDUM OF POINTS AND AUTHORITIES

### Statement of the Issues

Should the Court grant Plaintiffs leave to file their Second Amended Complaint under seal?

### Statement of the Relevant Facts

Plaintiffs filed this lawsuit in the U.S. District Court for the District of Maryland on May 21, 2015. The case was transferred on February 26, 2016. Plaintiffs filed a timely amended complaint, ultimately docketed on November 28, which Defendants sought to dismiss on December 14, 2016. By order dated February 3, this Court granted that motion in part, allowing Plaintiffs leave to file a second amended complaint on certain of their claims by February 22. Plaintiffs intend to do so.

## Argument

The Court has made much of statements by Plaintiffs' counsel at the January 26 hearing that 20 depositions have taken place in this case, hundreds of thousands of pages of documents have been reviewed, and thus, Plaintiffs "could 'amend [the complaint] to any degree of particularity' required." [Dckt. # 175 at 2]. Though Plaintiffs disagree that the Amended Complaint failed to state with the requisite specificity their intentional misrepresentation and concealment claims against all the Clubs, rather than seek reconsideration and spill more ink on the issue, they offer a Second Amended Complaint. But because doing so requires Plaintiffs to rely on information that Defendants have marked confidential under the Protective Order entered in this matter on August 23, 2016 [Dckt. # 99], they need to file their Second Amended Complaint under seal so as not to violate the same.

Defendants consent to the relief sought herein.

Copies of the redacted and unredacted versions of Plaintiffs' Second Amended Complaint are filed herewith.

DATED: February 22, 2017

William N. Sinclair
Steven D. Silverman
Stephen G. Grygiel
Phillip J. Closius
Alexander Williams
**SILVERMAN|THOMPSON|SLUTKIN|WHITE|LLC**

/s/ William N. Sinclair
[ATTORNEY SIGNATURE]

201 N. Charles Street, Suite 2600
Baltimore, MD 21201
Telephone: (410) 385-2225
Facsimile: (410) 547-2432

Thomas J. Byrne
Mel T. Owens
**NAMANNY BYRNE & OWENS, P.C.**
2 South Pointe Drive, Suite 245
Lake Forest, CA  92630
Telephone:  (949) 452-0700
Facsimile:  (949) 452-0707

Stuart A. Davidson
Mark J. Dearman
Janine D. Arno
**ROBBINS GELLER RUDMAN
  & DOWD LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  (561) 750-3000
Facsimile:  (561) 750-3364

Rachel L. Jensen (SBN 211456)
**ROBBINS GELLER RUDMAN
  & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  (619) 231-1058
Facsimile:  (619) 231-7423

Attorneys for Plaintiffs

Notice of Motion and Motion for Administrative Relief
Case No. 3:16-cv-1030-WHA

3