IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETOPIA EVANS, *et al.*, | No. C 16-01030 WHA |
| Plaintiffs, | |
| v. | **ORDER DENYING ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| ARIZONA CARDINALS FOOTBALL CLUB, LLC, *et al.*, | |
| Defendants. | |

On February 22, plaintiffs in this action filed an administrative motion to file portions of their second amended complaint under seal for containing "information that Defendants have marked confidential under the Protective Order entered in this matter" (Dkt. No. 176 at 2). Civil Local Rule 79-5 required any declaration "establishing that all of the designated material is sealable" to be filed by February 27. On February 24, a prior order granted the parties' stipulated request to continue that deadline to March 6 (Dkt. No. 178). As of this order, however, no declaration has been filed in support of plaintiffs' administrative motion. Accordingly, the motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: March 9, 2017.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE