# Exhibit 11

1  William N. Sinclair (SBN 222502)
   (bsinclair@mdattorney.com)
2  Steven D. Silverman (Admitted *Pro Hac Vice*)
   (ssilverman@mdattorney.com)
3  Phillip J. Closius (Admitted *Pro Hac Vice*)
   (pclosius@mdattorney.com)
4  Alexander Williams (Admitted *Pro Hac Vice*)
   (awilliams@mdattorney.com)
5  **SILVERMAN|THOMPSON|SLUTKIN|WHITE|LLC**
   201 N. Charles Street, Suite 2600
6  Baltimore, MD  21201
   Telephone:  (410) 385-2225
7  Facsimile:  (410) 547-2432

8  Thomas J. Byrne (SBN 179984)
   (tbyrne@nbolaw.com)
9  Mel T. Owens (SBN 226146)
   (mowens@nbolaw.com)
10 **NAMANNY BYRNE & OWENS, P.C.**
   2 South Pointe Drive, Suite 245
11 Lake Forest, CA  92630
   Telephone:  (949) 452-0700
12 Facsimile:  (949) 452-0707

   Stuart A. Davidson (Admitted *Pro Hac Vice*)
   (sdavidson@rgrdlaw.com)
   Mark J. Dearman (Admitted *Pro Hac Vice*)
   (mdearman@rgrdlaw.com)
   Janine D. Arno (Admitted *Pro Hac Vice*)
   (jarno@rgrdlaw.com)
   **ROBBINS GELLER RUDMAN**
       **& DOWD LLP**
   120 East Palmetto Park Road, Suite 500
   Boca Raton, FL  33432
   Telephone:  (561) 750-3000
   Facsimile:  (561) 750-3364

13 Attorneys for Plaintiffs

14 [Additional counsel appear on signature page.]

15                       UNITED STATES DISTRICT COURT

16                      NORTHERN DISTRICT OF CALIFORNIA

17                            SAN FRANCISCO DIVISION

| | |
|---|---|
| 18 **ETOPIA EVANS**, as the Representative of the Estate of Charles Evans, *et al.*,<br>19<br>20                                  Plaintiffs,<br>21               vs.<br>22 **ARIZONA CARDINALS FOOTBALL CLUB, LLC**, *et al.*,<br>23                                  Defendants. | CASE NO. 3:16-cv-1030-WHA<br><br>**PLAINTIFF ROBERT MASSEY'S ANSWERS TO DEFENDANT NFL MEMBER CLUBS' THIRD SET OF INTERROGATORIES** |

**ANSWER:** Mr. Massey states that the injuries described in response to Interrogatory 1 occurred in the following states: Louisiana, Arizona, Michigan, and New Jersey and accordingly, their state laws govern his state law claims in this case.

16.  IDENTIFY the facts and circumstances (including pertinent dates) that first led YOU to "become aware that Defendants caused" each one of the injuries to YOU alleged, respectively, in Paragraphs 15, 17, 19, 21, 23, 25, 27, 29, 31, 33, 35, 37 and 29 of the Complaint, as well as any other injuries or harms for which YOU seek damages in this action.

**ANSWER:** In March 2014 Mr. Massey began communicating with Plaintiffs' counsel in connection with this litigation. At that time, Mr. Massey became aware for the first time that the NFL Member Clubs were engaged in a conspiracy to promote a return to play practice or policy whereby Medications were unlawfully provided to players in an effort to maximize revenue at the expense of players' health and safety. After being provided with this information, Mr. Massey first understood that the injuries about which he complains were caused by the NFL Member Clubs' conspiracy.

17.  To the extent that YOUR claims in his case depend on the contention that one or more NFL Member Clubs failed to properly store MEDICATIONS and/or to keep records of the purchase and/or storage of MEDICATIONS (*see* Plaintiffs' Responses to Defendant NFL Member Clubs' First Set of Request for Admission, Responses to Request Nos. 79-117), explain how such alleged failures relate to YOUR claims and IDENTIFY all facts that support such a relationship, including the manner (if any) in which such failures injured YOU personally and the dates and circumstances under which any such injury occurred.

**ANSWER:** Such failures evidence unlawful conduct. If the 32 clubs all acted unlawfully in the same manner, and plaintiffs contend they did, a factfinder can draw the inference that they did so in concert, and thus these contentions related to the second of plaintiffs' two claims alleged in the original complaint: conspiracy. Plaintiffs are not in possession, custody or control of information or documents relating to how the Clubs stored medications or kept records; discovery will yield facts as to whether the failings at issue occurred.

Plaintiffs do not contend that these failures, in and of themselves, caused their injuries. Rather, these failings are evidence of the conspiracy pled that caused their injuries.

DATED: November 4, 2016

William N. Sinclair
Steven D. Silverman
Phillip J. Closius
Alexander Williams
Stephen G. Grygiel
**SILVERMAN|THOMPSON|SLUTKIN|WHITE|LLC**

_____
[ATTORNEY SIGNATURE]

201 N. Charles Street, Suite 2600
Baltimore, MD 21201
Telephone: (410) 385-2225
Facsimile: (410) 547-2432

Thomas J. Byrne
Mel T. Owens
**NAMANNY BYRNE & OWENS, P.C.**
2 South Pointe Drive, Suite 245
Lake Forest, CA 92630
Telephone: (949) 452-0700
Facsimile: (949) 452-0707

Stuart A. Davidson
Mark J. Dearman
Janine D. Arno
**ROBBINS GELLER RUDMAN
   & DOWD LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: (561) 750-3000
Facsimile: (561) 750-3364

Rachel L. Jensen (SBN 211456)
**ROBBINS GELLER RUDMAN
   & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

*Attorneys for Plaintiffs*

## VERIFICATION

I, Robert Massey, am familiar with the contents of my Answers to the Defendant NFL Member Clubs' Third Set of Interrogatories. My answers are based on, and therefore necessarily limited by, the records and information in existence, presently recollected, and thus far discovered in the course of prosecuting this action. Subject to the limitations set forth herein, and without waiving my right to amend these answers based on subsequently-identified information, I verify under penalty of perjury that my Answers are true and correct to the best of my knowledge, information and belief.

Executed this 2 day of November, 2016.

Robert Massey