William N. Sinclair (SBN 222502)
(bsinclair@mdattorney.com)
Steven D. Silverman (Admitted *Pro Hac Vice*)
(ssilverman@mdattorney.com)
Stephen G. Grygiel
(sgrygiel@ mdattorney.com)
Phillip J. Closius (Admitted *Pro Hac Vice*)
(pclosius@ mdattorney.com)
Alexander Williams (Admitted *Pro Hac Vice*)
awilliams@mdattorney.com
**SILVERMAN|THOMPSON|SLUTKIN|WHITE|LLC**
201 N. Charles Street, Suite 2600
Baltimore, MD  21201
Telephone:  (410) 385-2225
Facsimile:  (410) 547-2432

Thomas J. Byrne (SBN 179984)
(tbyrne@nbolaw.com)
Mel T. Owens (SBN 226146)
(mowens@nbolaw.com)
**NAMANNY BYRNE & OWENS, P.C.**
2 South Pointe Drive, Suite 245
Lake Forest, CA  92630
Telephone:  (949) 452-0700
Facsimile:  (949) 452-0707

Stuart A. Davidson (Admitted *Pro Hac Vice*)
(sdavidson@rgrdlaw.com)
Mark J. Dearman (Admitted *Pro Hac Vice*)
(mdearman@rgrdlaw.com)
Janine D. Arno (Admitted *Pro Hac Vice*)
(jarno@rgrdlaw.com)
**ROBBINS GELLER RUDMAN
  & DOWD LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  (561) 750-3000
Facsimile:  (561) 750-3364

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ETOPIA EVANS, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARIZONA CARDINALS FOOTBALL CLUB, LLC, *et al.*,<br><br>    Defendants. | Civil Case No.:3:16-CV-01030-WHA<br><br>**[PROPOSED] ORDER EXTENDING PAGE LIMITATIONS FOR PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND/OR MOTION FOR SUMMARY JUDGMENT** |

[PROPOSED] ORDER EXTENDING PAGE LIMITATIONS FOR PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND/OR MOTION FOR SUMMARY JUDGMENT

Case No.: 3:16-CV-01030-WHA

# **ORDER**

Good cause appearing, Plaintiffs' memorandum in opposition to Defendants' Motion to Dismiss and/or Motion for Summary Judgment shall not exceed 30 pages in length.

IT IS SO ORDERED.

Dated: __March 31__, 2017

_____
Honorable William ~~H.~~ Alsup
UNITED STATED DISTRICT JUDGE

[~~PROPOSED~~] ORDER EXTENDING PAGE LIMITATIONS FOR PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND/OR MOTION FOR SUMMARY JUDGMENT

Case No.: 3:16-CV-01030-WHA
- 1 -