<b>United States District Court</b><br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETOPIA EVANS, as the representative of the estate of Charles Evans; ERIC KING; ROBERT MASSEY; TROY SADOWSKI; CHRIS GOODE; DARRYL ASHMORE; JERRY WUNSCH; ALPHONSO CARREKER; STEVE LOFTON; DURIEL HARRIS; JEFFERY GRAHAM; CEDRIC KILLINGS; and REGGIE WALKER, <br><br>　　　　　Plaintiffs, <br><br>　v. <br><br>ARIZONA CARDINALS FOOTBALL CLUB, LLC, individually and as successor to the Phoenix Cardinals, St. Louis Cardinals, and Chicago Cardinals; ATLANTA FALCONS FOOTBALL CLUB, LLC; BALTIMORE RAVENS LP, individually and as successor to the Cleveland Browns; BUFFALO BILLS, INC.; PANTHERS FOOTBALL, LLC; THE CHICAGO BEARS FOOTBALL CLUB, INC.; CINCINNATI BENGALS, INC.; CLEVELAND BROWNS FOOTBALL CLUB, LLC; DALLAS COWBOYS FOOTBALL CLUB, LTD.; PDB SPORTS, LTD.; DETROIT LIONS, INC.; GREEN BAY PACKERS, INC.; HOUSTON HOLDINGS LP; INDIANAPOLIS COLTS, INC., individually and as successor to the Baltimore Colts; JACKSONVILLE JAGUARS, LLC; KANSAS CITY CHIEFS FOOTBALL CLUB, INC.; MIAMI DOLPHINS, LTD.; MINNESOTA VIKINGS FOOTBALL CLUB, LLC; NEW ENGLAND PATRIOTS, LLC; NEW ORLEANS SAINTS, LLC; NEW YORK FOOTBALL GIANTS, INC.; NEW YORK JETS, LLC; THE OAKLAND RAIDERS, LLP, individually and as successor in interest | No. C 16-01030 WHA <br><br><br><br><br><br><br><br><br><br><br><br>**JUDGMENT** |

| | |
|---|---|
| 1 | to the Los Angeles Raiders; PHILADELPHIA EAGLES, LLC; PITTSBURGH STEELERS, LLC; THE LOS ANGELES RAMS, LLC, individually and as successor in interest to the St. Louis Rams; CHARGERS FOOTBALL COMPANY, LLC; FORTY NINERS FOOTBALL COMPANY; FOOTBALL NORTHWEST, LLC; BUCCANEERS LP; TENNESSEE FOOTBALL, INC., individually and as successor in interest to the Houston Oilers; and PRO-FOOTBALL, INC., |
| 7 | Defendants. |

For the reasons stated in the accompanying order granting summary judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants Arizona Cardinals Football Club, LLC, individually and as successor to the Phoenix Cardinals, St. Louis Cardinals, and Chicago Cardinals; Atlanta Falcons Football Club, LLC; Baltimore Ravens LP, individually and as successor to the Cleveland Browns; Buffalo Bills, Inc.; Panthers Football, LLC; The Chicago Bears Football Club, Inc.; Cincinnati Bengals, Inc.; Cleveland Browns Football Club, LLC; Dallas Cowboys Football Club, Ltd.; PDB Sports, Ltd.; Detroit Lions, Inc.; Green Bay Packers, Inc.; Houston Holdings LP; Indianapolis Colts, Inc., individually and as successor to the Baltimore Colts; Jacksonville Jaguars, LLC; Kansas City Chiefs Football Club, Inc.; Miami Dolphins, Ltd.; Minnesota Vikings Football Club, LLC; New England Patriots, LLC; New Orleans Saints, LLC; New York Football Giants, Inc.; New York Jets, LLC; The Oakland Raiders, LLP, individually and as successor in interest to the Los Angeles Raiders; Philadelphia Eagles, LLC; Pittsburgh Steelers, LLC; The Los Angeles Rams, LLC, individually and as successor in interest to the St. Louis Rams; Chargers Football Company, LLC; Forty Niners Football Company; Football Northwest, LLC; Buccaneers LP; Tennessee Football, Inc., individually and as successor in interest to the Houston Oilers; and Pro-Football, Inc., and against plaintiffs Etopia Evans, as the representative of the estate of Charles Evans; Eric King; Robert Massey; Troy Sadowski; Chris Goode; Darryl Ashmore; Jerry Wunsch; Alphonso

Carreker; Steve Lofton; Duriel Harris; Jeffery Graham; Cedric Killings; and Reggie Walker. The Clerk shall please **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: July 21, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE