William N. Sinclair (SBN 222502)
(bsinclair@mdattorney.com)
Steven D. Silverman (Admitted *Pro Hac Vice*)
(ssilverman@mdattorney.com)
Stephen G. Grygiel
(sgrygiel@mdattorney.com)
Phillip J. Closius (Admitted *Pro Hac Vice*)
(pclosius@mdattorney.com)
Alexander Williams (Admitted *Pro Hac Vice*)
awilliams@mdattorney.com
**SILVERMAN|THOMPSON|SLUTKIN|WHITE|LLC**
201 N. Charles Street, Suite 2600
Baltimore, MD 21201
Telephone: (410) 385-2225
Facsimile: (410) 547-2432

Thomas J. Byrne (SBN 179984)
(tbyrne@nbolaw.com)
Mel T. Owens (SBN 226146)
(mowens@nbolaw.com)
**NAMANNY BYRNE & OWENS, P.C.**
2 South Pointe Drive, Suite 245
Lake Forest, CA 92630
Telephone: (949) 452-0700
Facsimile: (949) 452-0707

Stuart A. Davidson (Admitted *Pro Hac Vice*)
(sdavidson@rgrdlaw.com)
Mark J. Dearman (Admitted *Pro Hac Vice*)
(mdearman@rgrdlaw.com)
Jason Alperstein (Admitted *Pro Hac Vice*)
(jalperstein@rgrdlaw.com)
**ROBBINS GELLER RUDMAN & DOWD LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: (561) 750-3000
Facsimile: (561) 750-3364

Attorneys for Plaintiffs

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ETOPIA EVANS, as the Representative of the Estate of Charles Evans, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ARIZONA CARDINALS FOOTBALL CLUB, LLC, et al., <br><br> Defendants. | Case No. 3:16-cv-01030-WHA <br><br> NOTICE OF APPEAL AND REPRESENTATION STATEMENT |

1     NOTICE IS HEREBY GIVEN THAT all plaintiffs in the above-captioned case hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's July 22, 2017 entry of judgment.

    Plaintiffs' representation statement is attached to this Notice as required by Ninth Circuit Rule 3-2(b).

DATED: August 21, 2017     Respectfully submitted

    William N. Sinclair
    Andrew G. Slutkin
    Jamison G. White
    Steven L. Leitess

    /s/
---
William N. Sinclair (SBN 222502)
(bsinclair@mdattorney.com)
**SILVERMAN|THOMPSON|SLUTKIN|WHITE|LLC**
201 N. Charles St., Suite 2600
Baltimore, MD 21201
Telephone: (410) 385-2225
Facsimile: (410) 547-2432

Rachel L. Jensen (SBN 211456)
**ROBBINS GELLER RUDMAN
  & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423

*Attorneys for Plaintiffs*

**REPRESENTATION STATEMENT**

Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b), Plaintiffs-Appellants submits this Representation Statement. The following list identifies all parties to the action and their respective counsel by name, firm, address and telephone number.

| Parties | Counsel |
|---|---|
| Plaintiffs Etopia Evans, Eric King, Robert Massey, Troy Sandowski, Chris Goode, Darryl Ashmore, Gerald Wunsch, Alphonso Carreker, Steve Lofton, Duriel Harris, Jeff Graham, Cedric Killings and Reggie Walker | **Silverman Thompson Slutkin & White, LLC**<br>William N. Sinclair<br>Steven D. Silverman<br>Stephen G. Grygiel<br>Steven N. Leitess<br>Andrew G. Slutkin<br>Phillip J. Closius<br>Jamison G. White<br>Alexander Williams, Jr.<br>Joseph F. Murphy, Jr.<br>Andrew C. White<br>201 N. Charles St., Suite 2600<br>Baltimore, MD 21201<br>(410) 385-2225<br><br>**Nammany Byrne & Owens, P.C.**<br>Thomas J. Byrne<br>Mel T. Owens<br>2 South Pointe Drive, Suite 245<br>Lake Forest, CA 92630<br>(949) 452-0700<br><br>**Robbins Geller Rudman & Dowd LLP**<br>Stuart A. Davidson<br>Mark J. Dearman<br>Jason H. Alperstein<br>Janine D. Arno<br>120 E. Palmetto Park Road, Suite 500<br>Boca Raton, FL 33432<br>(561) 750-3000<br><br>Rachel L. Jensen<br>655 W. Broadway<br>Suite 1900<br>San Diego, CA 92101 |
| Defendants Arizona Cardinals Football Club, LLC; Atlanta Falcons Football Club, LLC; Buccaneers L.P.; Buffalo Bills Inc.; Chargers | **Cadwalader, Wickersham Taft LLP**<br>Jodi L. Avergun<br>700 Sixth St., N.W. |

NOTICE OF APPEAL AND REPRESENTATION STATEMENT- 3:16-cv-01030-WHA      - 1 -

| | | |
|---|---|---|
| 1 | Football Company, LLC; Cincinnati Bengals, Inc.; Cleveland Browns Football Co., LLC; Dallas Cowboys Football Club, Ltd.; Football Northwest LLC; Forty Niners Football Co. LLC; Green Bay Packers, Inc.; Houston Holdings LP; Indianapolis Colts, Inc.; Jacksonville Jaguars, LLC; Kansas City Chiefs Football Club, Inc.; Miami Dolphins Ltd.; Minnesota Vikings Football Club, LLC; New England Patriots, LLC; New Orleans Louisiana Saints, LLC; New York Football Giants, Inc.; New York Jets LLC; PDB Sports, Ltd.; Panthers Football, LLC; Philadelphia Eagles, LLC; Pittsburgh Steelers, LLC; Pro-Football, Inc.; Tennessee Football, Inc.; The Chicago Bears Football Club, Inc.; The Detroit Lions, Inc.; The Oakland Raiders, LLP; The St. Louis Rams LLC; Baltimore Ravens L.P. | Washington, D.C. 20001<br>(202) 862-2456<br><br>**Akins Gump Strauss Hauer & Feld, LLP**<br>Daniel L. Nash<br>Nathan J. Oleson<br>Stacey R. Eisenstein<br>Marla Axelrod<br>1333 New Hampshire Ave., NW<br>Suite 1100<br>Washington, D.C. 20036<br>(202) 887-4427<br><br>Gregg W. Knopp<br>1999 Avenue of the Stars<br>Suite 600<br>Los Angeles, CA 90067<br>(310) 229-1000<br><br>**Covington & Burling LLP**<br>Gregg H. Levy<br>Benjamin C. Block<br>Laura M. Fluvive Hu<br>Derek Ludwin<br>One City Center<br>850 Tenth St., NW<br>Washington, DC 20001<br>(202) 662-5205<br><br>Sonya D. Winner<br>Rebecca A. Jacobs<br>1 Front Street<br>San Francisco, CA 94111<br>(415) 591-7036<br><br>**Skadden Arps Slate Meagher & Flom, LLP**<br>Allen J. Ruby<br>Jack P. DiCanio<br>525 University Ave.<br>Palo Alto, CA 94301<br>(650) 470-4660 |
| 25 | Third Party Witnesses | **Weil Gotshaw and Manges, LLC**<br>Sarah Coyne<br>767 Fifth Avenue<br>NY, NY 10153<br>(212) 310-8000 |

NOTICE OF APPEAL AND REPRESENTATION STATEMENT- 3:16-cv-01030-WHA - 2 -

## CERTIFICATE OF SERVICE

I am employed in the City of Baltimore, State of Maryland. I am over the age of 18 and not a party to the within action; my business address is 201 N. Charles St., Suite 2600, Baltimore, MD 21201 and my email address is bsinclair@mdattorney.com.

On August 21, 2017, I caused to be served the following documents described as:

**NOTICE OF APPEAL AND REPRESENTATION STATEMENT**

on the following interested parties:

Gregg Levy
glevy@cov.com
Benjamin Block
bblock@cov.com
Sonya Winner
swinner@cov.com
Rebecca Jacobs
rjacobs@cov.com
Laura Wu
lwu@cov.com

Allen Ruby
allen.ruby@skadden.com
Jack DiCanio
jdicanio@skadden.com

Daniel Nash
dnash@akingump.com
Stacey Eisenstein
seisenstein@akingump.com
Nathan Oleson
noleson@akingump.com
Gregg Knopp
gknopp@akingump.com

Jodi Avergun
Jodi.Avergun@cwt.com

Sarah Coyne
scoyne@weil.com

by:

__X__ (BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM) In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic services through the CM/ECF system.

_____ (BY PERSONAL SERVICE)

__X__ (BY EMAIL) I am readily familiar with the firm's practice of email transmission; on this date, I caused the above-referenced document(s) to be transmitted by email and that the transmission was reported as complete and without error.

_____ (BY MAIL) I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; on this date, the above-referenced correspondence was placed for deposit at Baltimore, Maryland and placed for collection and mailing following ordinary business practices.

_____ (BY FEDERAL EXPRESS) I am readily familiar with the firm's practice for the daily collection and processing of correspondence for deliveries with the Federal Express delivery service and the fact that the correspondence would be deposited with Federal Express that same day in the ordinary course of business; on this date, the above-referenced document was placed for deposit at Baltimore, Maryland and placed for collection and overnight delivery following ordinary business practices.

I declare under penalty of perjury under the laws of the State of Maryland that the above is true and correct.

Executed on August 21, 2017 at Baltimore, Maryland.

_____/s_____
William N. Sinclair

2