

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

August 23, 2017

| | |
|---|---|
| No.: | 17-16693 |
| D.C. No.: | 3:16-cv-01030-WHA |
| Short Title: | Etopia Evans, et al v. Arizona Cardinals, et al |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The due dates for filing the parties' briefs and otherwise perfecting the appeal have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the appellant to comply with the time schedule order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1.**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 23 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ETOPIA EVANS, as the Representative of the Estate of Charles Evans; ERIC KING; ROBERT MASSEY; TROY SADOWSKI; CHRISTOPHER GOODE; DARRYL ASHMORE; GERALD WUNSCH; ALPHONSO CARREKER; STEVEN LOFTON; DURIEL HARRIS; JEFFREY GRAHAM; CEDRIC KILLINGS; REGINALD WALKER,

        Plaintiffs - Appellants,

 v.

ARIZONA CARDINALS FOOTBALL CLUB, LLC; ATLANTA FALCONS FOOTBALL CLUB LLC; BUCCANEERS, LP; BUFFALO BILLS, INC.; CHARGERS FOOTBALL COMPANY LLC; CINCINNATI BENGALS, INC.; CLEVELAND BROWNS FOOTBALL COMPANY, LLC; DALLAS COWBOYS FOOTBALL CLUB, LTD.; FOOTBALL NORTHWEST LLC, DBA Seattle Seahawks; FORTY NINERS FOOTBALL COMPANY LLC; GREEN BAY PACKERS, INC.; HOUSTON NFL HOLDINGS, LP, DBA Houston Texans; INDIANAPOLIS COLTS, INC.;

No. 17-16693

D.C. No. 3:16-cv-01030-WHA
U.S. District Court for Northern California, San Francisco

**TIME SCHEDULE ORDER**

JACKSONVILLE JAGUARS LLC; KANSAS CITY CHIEFS FOOTBALL CLUB, INC.; MIAMI DOLPHINS, LTD.; MINNESOTA VIKINGS FOOTBALL CLUB, LLC; NEW ENGLAND PATRIOTS LLC; NEW ORLEANS LOUISIANA SAINTS, LLC; NEW YORK FOOTBALL GIANTS, INC.; NEW YORK JETS, LLC; PDB SPORTS LTD., DBA Denver Broncos; PANTHERS FOOTBALL, LLC, DBA Carolina Panthers; PHILADELPHIA EAGLES LLC; PITTSBURGH STEELERS SPORTS, INC.; PRO-FOOTBALL, INC., DBA Washington Redskins; TENNESSEE FOOTBALL, INC.; CHICAGO BEARS FOOTBALL CLUB, INC.; THE DETROIT LIONS, INC.; OAKLAND RAIDERS, LP; THE LOS ANGELES RAMS LLC; BALTIMORE RAVENS, LP,

        Defendants - Appellees.

The parties shall meet the following time schedule.

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.1. If there were no reported hearings, the transcript deadlines do not apply.

| | |
|---|---|
| **Wed., August 30, 2017** | Mediation Questionnaire due. If your registration for Appellate ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration. |
| **Wed., September 20, 2017** | Transcript shall be ordered. |
| **Fri., October 20, 2017** | Transcript shall be filed by court reporter. |
| **Wed., November 29, 2017** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |
| **Fri., December 29, 2017** | Appellees' answering brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |

**The optional appellant's reply brief shall be filed and served within 21 days of service of the appellees' brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

> FOR THE COURT:
>
> MOLLY C. DWYER
> CLERK OF COURT
>
> By: John Brendan Sigel
> Deputy Clerk
> Ninth Circuit Rule 27-7